UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STAN LABER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:23CV498 |
| | ) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court upon the joint motion of the parties to establish a schedule for this proceeding. It appearing that the parties are in agreement, and good cause exists, it is

ORDERED that:

- Plaintiff shall provide his proposed amended complaint to Defendant for review on or before September 1, 2023;

- Defendant shall notify Plaintiff of its position regarding consent on or before September 8, 2023.

- If Defendant consents, Plaintiff shall file his proposed amended complaint on or before September 15, 2023, and Defendant shall respond to the amended complaint on or before September 29, 2023.

- If Defendant does not consent, Plaintiff shall file a motion for leave to amend his complaint by September 15, 2023, and Defendant shall respond to the motion to amend on or before September 29, 2023.

Entered: August 24, 2023
Richmond, Virginia

/s/
John A. Gibney, Jr.
~~Senior United States District Judge~~
John A. Gibney, Jr.
Senior United States District Judge